**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Paul NAGY, Defendant–Appellant.**

No. 01–6149.

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.

Decided June 8, 2001.

Paul Nagy, pro se. Michael David Bredenberg, Jerri Ulrica Dunston, Office of the United States Attorney, Raleigh, NC, for appellee.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Paul Nagy appeals the district court's order denying his Fed.R.Civ.P. 60(b) motion. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Nagy,* No. CA–98–951–5–BO–2 (E.D.N.C. filed Dec. 13, 2000; entered Dec. 14, 2000). We dispense with oral

argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*